IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:12-CV-0317SWW |
| ) | |
| CHARLES ANDERSON ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING THE
UNITED STATES' VOLUNTARY DISMISSAL

Upon the Motion of the United States, it is hereby Ordered and Adjudged that the United States' Voluntary Dismissal is GRANTED, and the action against Charles Anderson is dismissed without prejudice.

IT IS SO ORDERED this 5th day of September 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE